JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINH HON QUACH et al,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al.,<br>Respondent. | Case No. 5:26-cv-03843-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioners **Petitioners Vinh Hon Quach (A# 023-866-496), Sy Hien Nguyen (A# 025-364-437), and Vinh Phan (A# 023-805-775)** from custody subject only to the conditions of their prior Orders of Supervision and return all property taken from Petitioners during their arrests and processings into detention. Respondents are ORDERED not to re-detain Petitioners without first following all procedures set forth in 8 C.F.R. §§ 241.4, 241.13, and any other applicable statutory and regulatory procedures; and unless they afford each Petitioner a hearing before a neutral adjudicator, where the government bears the burden of proof by clear and convincing evidence that their re-detention is justified based on changed circumstances. Respondents are ORDERED not to re-detain Petitioners under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document

for their removal. Respondents are ORDERED not to remove or attempt to remove Petitioners to any country other than Vietnam without adequate notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3)

Dated: July 31, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge